UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. ___1:21-mj-02658-AOR_____

UNITED STATES OF AMERICA,

    v.

JOSE GOMEZ MATARRITA,
RICHARD JESUS QUESADA SANCHEZ, and
GONZALO ANTONIO GUZMAN GUZMAN,

    Defendants,

_____/

## CRIMINAL COVER SHEET

1. Did this matter originate from a matter pending in the Central Region of the United States Attorney's Office prior to August 9, 2013 (Mag. Judge Alicia Valle)?     __ Yes   X_ No

2. Did this matter originate from a matter pending in the Northern Region of the United States Attorney's Office prior to August 8, 2014 (Mag. Judge Shaniek Maynard)? __ Yes   X  No

3. Did this matter originate from a matter pending in the Central Region of the United States Attorney's Office prior to October 3, 2019 (Mag. Judge Jared Strauss)?   __ Yes   X_ No

4. Did this matter originate from a matter pending in the Southern Region of the United States Attorney's Office prior to November 23, 2020 (Judge Aileen M. Cannon)?  ___ Yes   X No

Respectfully submitted,

JUAN ANTONIO GONZALEZ
ACTING UNITED STATES ATTORNEY

BY: _____
YVONNE RODRIGUEZ-SCHACK
Assistant United States Attorney
Southern District of Florida
Florida Bar No.: 794686
99 Northeast 4th Street
Miami, Florida 33132-2111
305.961.9014
305.536.7213 Facsimile
Yvonne.Rodriguez-Schack@usdoj.gov

AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the

## SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| v. | ) |
| | ) |
| JOSE GOMEZ MATARRITA, | ) |
| RICHARD JESUS QUESADA SANCHEZ, and | ) |
| GONZALO ANTONIO GUZMAN GUZMAN, | ) |
| | ) |

Case No.  1:21-mj-02658-AOR

*Defendant(s)*

## CRIMINAL COMPLAINT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

Beginning on an unknown date and continuing through on or about ___March 17, 2021___, upon the high seas outside the jurisdiction any particular state or district, in international waters, while on board a vessel subject to the jurisdiction of the United States, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 46, United States Code, Section 70506(b) | Conspiracy to possess with intent to distribute a controlled substance, while on board a vessel subject to the jurisdiction of the United States, in violation of 46 U.S.C. § 70503(a)(1); all in violation of 46 U.S.C. § 70506(b). |
| | Pursuant to 46 U.S.C. § 70506(a), and 21 U.S.C. § 960(b)(1)(B), it is further alleged that this violation involved five (5) or more kilograms of a mixture and substance containing a detectable amount of cocaine. |
| | Pursuant to 46, U.S.C. § 70506(a), and 21 U.S.C. § 960(b)(1)(G), it is further alleged that this violation involve one-thousand (1,000) or more kilograms of a mixture and subsstance containing a detectable amont of marihuana. |

This criminal complaint is based on these facts:

SEE ATTACHED AFFIDAVIT

☑ Continued on the attached sheet.

_____
*Complainant's signature*

CGIS SA Keith Bosworth
*Printed name and title*

Attested to by the Affiant in accordance with the requirements of Fed.R.Crim.P. 4.1 by FaceTime this 5 th day of April 2021.

Date:  04/05/2021

_____
*Judge's signature*

City and state:  Miami, Florida

Alicia M. Otazo-Reyes, United States Magistrate Judge
*Printed name and title*

## AFFIDAVIT

I, Keith Bosworth, being duly sworn, hereby depose and state the following:

1.      I have been a Special Agent with the United States Coast Guard Investigative Service (CGIS), Department of Homeland Security since July 2008, and as such, I am a law enforcement officer within the meaning of Title 14, United States Code, Section 525, which grants CGIS Special Agents law enforcement authority for any crime committed within the authority of the United States Coast Guard. The United States Coast Guard has very broad authority to enforce laws related to maritime commerce. I am currently assigned to the CGIS Resident Agent Office Miami, Florida. My official CGIS duties include investigating criminal violations of federal narcotics laws. I have also been involved in various types of visual and electronic surveillances, and I have been involved in the debriefing of defendants, witnesses, informants, and others who have knowledge of the distribution and transportation of controlled substances, and of the laundering and concealing of proceeds from drug trafficking. I am an investigative or law enforcement officer of the United States, within the meaning of Title 18 of the United States Code, that is, empowered by law to conduct investigations and to make arrests for offenses enumerated in the United States Code.

2.      This Affidavit is submitted for the limited purpose of establishing probable cause in support of a Criminal Complaint against Jose GOMEZ MATARRITA, Richard Jesus QUESADA SANCHEZ, and Gonzalo Antonio GUZMAN GUZMAN for knowingly and willfully conspiring to possess with intent to distribute a controlled substance, to wit, cocaine and marijuana, while on board a vessel subject to the jurisdiction of the United States, in violation of Title 46, United States Code, Sections 70503(a)(1) and 70506(b).

3.        On or about March 17, 2021, while on patrol in the Eastern Pacific Ocean, a United States Marine Patrol Aircraft detected a go-fast vessel ("GFV") approximately 60 nautical miles south of Los Santos, Panama, in international waters and upon the high seas. The GFV was traveling northbound at a high rate of speed, was in a known drug trafficking area, and did not display any indicia of nationality. United States Naval Vessel (USS) *FREEDOM*, which was in the area with a USCG Law Enforcement Detachment team on board, was diverted to investigate.

4.        *FREEDOM* launched their helicopter. *FREEDOM* requested and was granted a Statement of No Objection and authorized to employ use of force up to and including warning shots and disabling fire on the GFV. When the helicopter arrived on scene and went overt, the GFV came dead in the water without the use of force. *FREEDOM* then launched their Rigid Inflatable Boat with a boarding team. Upon arrival to the GFV, the boarding team observed packages on board in plain view.

5.        On board the GFV were three individuals who were later identified as Jose GOMEZ MATARRITA, Richard Jesus QUESADA SANCHEZ, and Gonzalo Antonio GUZMAN GUZMAN, all Costa Rican nationals. GOMEZ MATARRITA identified himself as the master and made a claim of Costa Rican nationality for the vessel.  The United States contacted the Government of Costa Rica who responded that they could neither confirm nor deny the nationality of the vessel. Based on the Government of Costa Rica's response, the vessel was treated as a vessel without nationality and, therefore, subject to the jurisdiction of the United States.  A full law enforcement boarding followed.

6.        The USCG boarding team recovered approximately 240 kilograms of suspected cocaine and 1,695 pounds of suspected marijuana. Field test were conducted on the contraband

2

which yielded a positive result for cocaine and marijuana respectively. All three individuals, along with the suspected cocaine and marijuana, were transferred to the *FREEDOM*.

7.     On April 7, 2021, the USCGC *FORWARD* is scheduled to arrive in the Southern District of Florida where custody of the three individuals and the suspected cocaine and marijuana will be turned over to United States law enforcement officers.

**FURTHER YOUR AFFIANT SAYETH NAUGHT.**

_____
KEITH BOSWORTH
Special Agent
Coast Guard Investigative Service


Attested to by the Affiant in accordance with the
requirements of Fed.R.Crim.P. 4.1 by FaceTime
this _5th_ day of April. 2021.

_____
ALICIA M. OTAZO-REYES
UNITED STATES MAGISTRATE JUDGE

3